GEORGE F. STUHMER & COMPANY, Respondent, *v.* LOUIS KORMAN, as Treasurer of Bakery and Confectionery Workers International Union of America, Local 505, et al., Appellants.

(Argued June 7, 1934; decided July 3, 1934.)

*Henry Mayer, Matthew M. Levy* and *Jacob Panken* for appellants.

*Ezra P. Prentice, James F. Collins* and *Hamilton Le Viness* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: LEHMAN and CROUCH, JJ.